*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>I.D. Clay, WARDEN,<br><br>　　　　　　　　　　Respondent. | C 09-2378 RMW (PR)<br><br>[ XXXXXXXXXXX ] **ORDER** |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including November 25, 2009, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of receipt of Respondent's responsive pleading.

Dated:　　　11/6/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

XXXXX Order

*Maurice Edward Campbell v. I.D. Clay, Warden*
Case No. C 09-2378 RMW