*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURICE EDWARD CAMPBELL,<br><br>                    Petitioner,<br><br>v.<br><br>I.D. CLAY,<br><br>                    Respondent. | C 09-2378 RMW (PR)<br><br>[=======] **ORDER** |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including March 15, 2010, to file a Reply in this matter.

Dated: 3/23/10

*Ronald M. Whyte*
=================Ronald M. Whyte
United States District Judge

[=====] Order

*Campbell v. I.D. Clay*
Case No. C09-2378 RMW

1