1

2

3

4                                                    *E-FILED - 3/24/10*

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MAURICE EDWARD CAMPBELL,                    No. C 09-2378 RMW (PR)

12              Petitioner,                      ORDER GRANTING EXTENSION OF
                                                 TIME FOR PETITIONER TO FILE
13        v.                                     OPPOSITION TO RESPONDENTS'
                                                 MOTION TO DISMISS
14   I. D. CLAY, Warden, et al.,

15              Respondents.

16   _____/        (Docket No. 12)

17        Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  Respondents

18   filed a motion to dismiss.  On December 29, 2009, petitioner requested an extension of time to file

19   his opposition to respondents' motion to dismiss.  On January 25, 2010, the court received

20   petitioner's opposition to respondents' motion to dismiss.  Good cause appearing, the court

21   GRANTS petitioner's request for an extension of time.  Accordingly, petitioner's January 25, 2010

22   opposition is deemed timely filed.

23        IT IS SO ORDERED.

24   DATED:  3/23/10
                                                 _____
25                                               RONALD M. WHYTE
                                                 United States District Judge
26

27

28

United States District Court
For the Northern District of California