*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE EDWARD CAMPBELL, | No. C 09-2378 RMW (PR) |
| Petitioner, | ORDER OF TRANSFER |
| v. | |
| I.D. CLAY, Warden, | |
| Respondent. | |

  Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks habeas relief from the execution of his sentence.  At the time petitioner filed this petition, he was in custody at the Sierra Conservation Center in Tuolumne County, which lies in the Eastern District of California.

  Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging the manner in which a sentence is being executed are preferably heard in the district of confinement.  See Habeas L.R. 2254-3(b)(1); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  Here, the Eastern District of California was the district of confinement.

  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California, the district of petitioner's confinement when he filed this petition.  See 28 U.S.C. § 1404(a);  Habeas L.R. 2254-3(b)(1).  The clerk shall terminate all pending

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.09\Campbell378trans.wpd

1   motions from this court's docket and transfer the entire file to the Eastern District of California.

2       IT IS SO ORDERED.

3   DATED: __7/30/10__   *Ronald M. Whyte*
                                        RONALD M. WHYTE

4                                       United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.09\Campbell378trans.wpd     2